UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELITO C. MERCADO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-02179-JPH-TAB |
| | ) |
| DRAKE MADDIX Officer, | ) |
| PRANTHER Deputy, | ) |
| BRANDON DECKER, | ) |
| ROBERT MITCHELL Officer, | ) |
| KYLE YOUNG Officer, | ) |
| SCHRADER Officer, | ) |
| | ) |
| Defendants. | ) |

**ENTRY DISCUSSING FILING FEE**

Plaintiff, Angelito Mercado has not paid the $400 filing fee prescribed by Congress. *See* 28 U.S.C. § 1914(a). He also appears to have "struck out" under 28 U.S.C. § 1915(g). That statute "prohibits a prisoner from proceeding [in forma pauperis] if, on three or more occasions during his imprisonment, he has 'brought an action… that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted." *Turley v. Gaetz*, 625 F.3d 1005, 1006 (7th Cir. 2010). The "sole statutory exception" is if "the prisoner is under imminent danger of serious physical injury." *Id.* Mr. Mercado has not alleged imminent danger, and he has had three prior cases dismissed for failure to state a claim.

1) *Mercado v. Bartholomew County Sheriff's Dept., et al.,* No. 1:17-cv-00323-JMS-MJD (S.D. Ind. Mar. 28, 2017) (dismissing action for failure to state a claim);

2) *Mercado v. Columbus Police Dept., et al.,* No. 1:17-cv-00981-SEB-DML (S.D. Ind. Mar. 31, 2017) (dismissing action for failure to state a claim);

3) *Mercado v. Columbus Police Dept., et al.,* No. 1:17-cv-00910-JMS-DML (S.D. Ind. Apr. 26, 2017) (dismissing action for failure to state a claim)

With respect to Mr. Mercado's letter requesting that the Court "remove the cost of the filing fee from his trust account," dkt. 2, the statutory language does not contemplate such a payment of the full feels. *See* 28 U.S.C. § 1915(b). Mr. Mercado shall have through **October 12, 2020** to pay the $400 filing fee to the clerk of the district court. Failure to do so will result in dismissal of this action without further notice.

**SO ORDERED.**

Date: 9/14/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ANGELITO C. MERCADO
BARTHOLOMEW COUNTY JAIL
543 2nd Street
Columbus, IN 47201